UNITED STATES of America,
Plaintiff–Appellee,

v.

Aaron Austin GRAHAM, Defendant–
Appellant.

No. 08–14015
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 5, 2009.

Robert A. Ratliff, Robert A. Ratliff, P.C., Mobile, AL, for Defendant–Appellant.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Before BIRCH, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Robert Ratliff, appointed counsel for Aaron Austin Graham in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Graham's conviction and sentence are **AFFIRMED.**